UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA (Danville)

| | |
|---|---|
| **CYNTHIA GALLANT**, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**SOUTHSIDE PIZZA LLC,**<br><br>Defendant. | Case No. 4:22-cv-00019-TTC |

### JOINT NOTICE OF SETTLEMENT

Defendant Southside Pizza LLC ("Defendant"), and Plaintiff, Cynthia Gallant, individually and on behalf of similarly situated persons ("Plaintiff") (together with Defendants, the "Parties"), by and through their undersigned counsel, provide their Joint Notice of Settlement, and in support thereof, state as follows:

I.

The Parties have reached an agreement in principle as to the resolution of this ENTIRE litigation and as to ALL Parties.

II.

The Parties are in the process of drafting the Settlement Agreement and anticipate filing the same within forty-five (45) days.

III.

Upon finalizing the Settlement Agreement, the Parties anticipate submitting a motion for settlement approval, requesting the Court's approval of the Parties' collective action settlement.

**Error! Unknown document property name.**

WHEREFORE, the Parties provide their Joint Notice of Settlement, and respectfully request that the Court vacate all existing litigation deadlines in this matter as it has been resolved in its entirety and as to all Parties.

Dated: September 1, 2022                    Respectfully submitted,

| | |
|---|---|
| */s/ Helen T. Vu* | */s/ R. Bryan Holbrook* |
| Helen T. Vu (VSB No. 95051) | R. Bryan Holbrook (VSB No. 86817) |
| Halperin Law Center | FISHER & PHILLIPS LLP |
| 4435 Waterfront Drive, Suite 100 | 227 West Trade Street, Suite 2020 |
| Glen Allen, VA 23060 | Charlotte, North Carolina 28202 |
| 804-527-0100 | Telephone: 704-334-4565 |
| Fax: 804-597-0209 | Facsimile: 704-334-9774 |
| Email: helen@hlc.law | Email: bholbrook@fisherphillips.com |
| | |
| Krista R. Sheets (admitted *pro hac vice*) | Matthew R. Korn (admitted *pro hac vice*) |
| SANFORD LAW FIRM, PLLC | FISHER & PHILLIPS LLP |
| Kirkpatrick Plaza | 1320 Main Street, Suite 750 |
| 10800 Financial Centre Pkwy, Suite 510 | Columbia, SC 29201 |
| Little Rock, Arkansas 72211 | Telephone: 803-740-7652 |
| Telephone: 800-615-4946 | Facsimile: 803-255-0202 |
| Facsimile: 888-787-2040 | Email: mkorn@fisherphillips.com |
| Email: krista@sanfordlawfirm.com | |
| | *Counsel for Defendant* |
| *Counsel for Plaintiff* | |

## **CERTIFICATE OF SERVICE**

I, R. Bryan Holbrook, hereby certify that on this, the 1st day of September 2022, I electronically filed the foregoing *Joint Notice of Settlement* with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following counsel of record:

| | |
|---|---|
| Huyen Thanh Vu<br>Halperin Law Center<br>4435 Waterfront Drive, Suite 100<br>Glen Allen, VA 23060<br>804-527-0100<br>Fax: 804-597-0209<br>Email: helen@hlc.law | Krista R. Sheets<br>SANFORD LAW FIRM, PLLC<br>Kirkpatrick Plaza<br>10800 Financial Centre Pkwy, Suite 510<br>Little Rock, Arkansas 72211<br>Telephone: 800-615-4946<br>Fax: 888-787-2040<br>Email: krista@sanfordlawfirm.com |

*Counsel for Plaintiff*

/s/ R. Bryan Holbrook
R. Bryan Holbrook

**Error! Unknown document property name.**